UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MICHAEL T. PACE,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A.,

Defendant.
-------------------------------------------------------------X

Case No. 1:26-cv-00960-JPO

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Michael T. Pace, appearing pro se, respectfully moves this Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for an Order dismissing this action without prejudice.

In support of this motion, Plaintiff states as follows:

1. Plaintiff commenced this action seeking declaratory and related equitable relief.

2. Defendant has appeared and filed an Answer in this matter.

3. Plaintiff no longer wishes to pursue this federal action at this time.

4. Plaintiff respectfully requests that this action be dismissed without prejudice and without any adjudication on the merits.

5. This request is made in good faith and not for purposes of delay or harassment.

6. Plaintiff respectfully submits that dismissal without prejudice will not cause legal prejudice to Defendant beyond the prospect of a later action, if any.

7. Plaintiff further submits that this request will conserve judicial resources and avoid unnecessary litigation.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing this action without prejudice pursuant to Rule 41(a)(2), and granting such other and further relief as the Court deems just and proper.

Dated: April 5, 2026
Freeport, New York

/s/ Michael T. Pace
Michael T. Pace
Pro Se Plaintiff
53 E Merrick Road, Box 165
Freeport, NY 11520
475-279-4255
michaeltpace169@proton.me

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2026, I caused a true and correct copy of the foregoing Plaintiff's Motion for Voluntary Dismissal Without Prejudice to be served on counsel for Defendant JPMorgan Chase Bank, N.A., as follows:

Sylvia E. Simson, Esq.
Ryan Sirianni, Esq.
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Sylvia.Simson@gtlaw.com
Ryan.Sirianni@gtlaw.com

Service was made by electronic mail, and a copy will also be sent by mail.

Dated: April 5, 2026

/s/ Michael T. Pace
Michael T. Pace

So ordered.  The case is hereby dismissed without prejudice.

The Clerk of Court is directed to close the case.

Date: April 9, 2026.

J. PAUL OETKEN
United States District Judge